IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

PATRICK Miller

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

SUPERINTENDENT KELLY LAVHAM
TVRJ, OFC. BLAIR WATKINS
Prime Health Care

(NAME OF EACH DEFENDANT)

Defendant(s)

FILED
FEB - 6 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

CIVIL ACTION NO:
5:23-cv-34
Bailey Mazzone Prince

## I. GENERAL INFORMATION

1. Your full name and prison number  Patrick Miller #352012l
2. Name and location of prison where you are now confined  MCC / MARTINSBURG, WV
3. Sentence you are now serving (how long?) 3 to 15
   (a) What were you convicted of? (3) 1 to 5 for Delivery of Controlled Substance
   (b) Name and location of court which imposed sentence  Kingwood, WVA Preston County
   (c) When was sentence imposed?  April 14, 2022
   (d) Did you appeal your sentence and/or conviction?   Yes ☐  No ☑
   (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ☐  No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s):_____

       Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes ☐   No ☐
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a)   Parties to the previous lawsuit:
         Plaintiff(s):_____
         Defendant(s):_____
   (b)   Name of Court:_____
   (c)   Docket Number:_____ When did you file this lawsuit?_____
   (d)   Name of judge assigned to case:_____
   (e)   Is this case still pending?   Yes ☐   No ☐

(f)     If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?      Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _____

    Tygart Valley Regional Jail

    (a) Does this institution have a grievance procedure?      Yes ☑    No ☐

    (b) If your answer to question 9(a) is "Yes", answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?
            Yes ☑    No ☐

        (2) If Yes, what was the result? _____
            SEE ATTACHMENT(S) #1 - #3

        (3) If No, explain why not: _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes [✓]   No [ ]

(1) If Yes, to whom did you appeal and what was the result? _____
Commissioner - Grievance Denied

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.
N/A

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
MCC
38 Grapevine Rd.
Martinsburg, WV
25404

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME**; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Tygart Valley Regional Jail

WHEN do you allege this incident took place? August 2021

WHAT happened? While given a covid test, the nurse extended the test stick into my nasal cavity to the point I jerked away, but as a reflex I grabbed at the nurse's hand, at which time I was force face down to the floor by officer Watkins, in a manner that it tore my bicep muscle in my left arm from the way officer restrained ~~~~ me.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

SUPERINTENDENT LIKHAM TURJ 400 ABBEY RD, Billington, WV
OFC. BLAIR WATKINS 400 ABBEY RD, Billington, WV
Prime Care Health Care 400 ABBEY RD Billington, WV

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Seeking corrective surgery and monetary damages for pain and suffering caused by officer, And my Right shoulder Need fix.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 1st day of February, 20 23.

Pat Miller
PLAINTIFF

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO <u>FEDERAL PERJURY CHARGES</u>.  18 U.S.C. § 1621 PROVIDES AS FOLLOWS:

> *Whoever -*
> *...*
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 or title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both.  This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this __1st__ day of __February__, 20 __23__.

__[signature]__
(Signature of Plaintiff)